O

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MARCELINO MORENO,<br><br>Petitioner,<br><br>v.<br><br>JOHN GARZA, Warden,<br><br>Respondent. | Case No. CV 17-695 CAS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

The Court expressly exercises its discretion to consider, and reject, Petitioner's argument (first asserted in his objections (Docket # 25)) regarding the alleged mistaken identity with another defendant / inmate. United States v. Howell, 231 F.3d 615, 621-22 (9th Cir. 2000); Brown v. Roe, 279 F.3d 742, 745 (9th Cir. 2002). The Court concludes that Petitioner's contention is

unrelated to the constitutional claims for relief asserted in the petition, and cannot serve to restart the AEDPA limitations period.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: February 28, 2018

_Christina A. Snyder_
____

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE

2