JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO MORENO,<br><br>Petitioner,<br><br>v.<br><br>JOHN GARZA, Warden,<br><br>Respondent. | Case No. SA CV 17-695 CAS (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: February 28, 2018

Christina A. Snyder

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE